1

2

**UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA**

3    UNITED STATES OF AMERICA,          )
                                        )
4         Plaintiff,                    )
                                        )    Case No.:    2:22-mj-006-VCF
5    vs.                                )
                                        )    **Order to Close the Case**
6                                       )
     MARC RAMIREZ,                      )
7                                       )
          Defendant.                    )
8                                       )
                                        )
9    _____)

10        Based on the pending Stipulation of counsel, and good cause appearing therefore, the

11   Court finds that:

12        1.    The Defendant completed the DUI school, the Victim Impact Panel, and the

13   Eight-hour Alcohol Awareness class as required.

14

15        2.    Defendant paid the $500.00 fine as well as the $10.00 assessment fee.

16        3.    Defendant has completed all required conditions imposed by the Court. The

17   parties agree to jointly move to allow the defendant to withdraw his plea of guilty to Count 1

18   – Operating a Motor Vehicle while Under the Influence of Alcohol.

19        4.    The Government hereby moves, pursuant to the plea agreement to amend

20   Count 1 of the Complaint to a charge of Reckless Driving, a violation of Title 36 C.F.R. §

21   4.2(b) and NRS 484B.653.

22

23        5.    The Defendant hereby pleads guilty to the Amended Count 1 of the Complaint.

24        6.    The parties jointly request that the original sentence be applied to the Reckless

25   Driving conviction.

26        7.    The parties jointly request that the above-captioned matter be closed.

27

28   ///

3

**ORDER**

IT IS HEREBY ORDERED that the parties move the Court in the above-captioned matter to amended Count 1 of the Complaint to Reckless Driving, and case subsequently closed, as all requirements have been completed.

DATED this _____13th_____day of March, 2023

_____
UNITED STATES MAGISTRATE JUDGE

4